UNITED STATES BANKRUPTCY COURT
Middle District of Alabama

In re                                                     Case No. 13–32694
                                                          Chapter 13
Catriana Moore

    Debtor

## ORDER SUSTAINING OBJECTION TO CLAIM(S)

An objection was filed to the claim(s) of *OneMain Financial, Inc. (Claim #8)*. Either a response consenting to the objection was filed or no response has been filed within 30 days of the filing of the objection. Pursuant to LBR 3007–1, it is

**ORDERED** that the objection is **SUSTAINED** and the requested disposition allowed.

Dated: November 4, 2014

                                                           /s/ Dwight H. Williams Jr.
                                           United States Bankruptcy Judge