# citi financial

1000 Technology Drive
Mail Station 420
O'Fallon, MO 63368

11/17/2015

*CURTIS C REDING
PO BOX 173
MONTGOMERY AL 36101

OFFICE OF THE CHAPTER 13 TRUSTEE
MONTGOMERY, ALABAMA

NOV 23 2015

MIDDLE DISTRICT OF ALABAMA

RE: Borrower Name: CATRIANA MOORE
Property Address: 8207 HACKBERRY LN
MONTGOMERY AL 36116
CitiFinancial Loan #: 20-0918-0102347
Case #: 13-32694

Dear Trustee:

We are writing to inform you that CitiFinancial has decided to release the lien on the above referenced property. We request that you no longer make any plan payments on the mortgage.

The debtor(s) may still be responsible for the homeowner's insurance, tax obligations, and any housing code violations associated with the property should they choose to occupy the property.

To contact us you may call our Bankruptcy Servicing Center at 1-888-701-6280, Monday - Friday 7:00 a.m. - 5:00 p.m. CT. You may also contact us via mail at: Bankruptcy Servicing Center, PO Box 6043 Sioux Falls, SD 57117-6043.

Sincerely,

Bankruptcy Servicing Center
CitiFinancial

## NOTICES

TTY Services available: Dial 711 from the United States; Dial 1-866-280-2050 from Puerto Rico.

CALLS ARE RANDOMLY MONITORED AND RECORDED TO ENSURE QUALITY SERVICE.

Hours of operation provided reflect general hours for the Bankruptcy Servicing Center.

*Reduced to Cmt Paid (based on pot %)*
*Bal 0*

**Claim Reduction Request**
Case no. 13-32694
Trustee Cl # 5   Court Cl # 8
Reduced to 1492.22
Date: 11/23/15  By: an

BNK0396.21836